CATHERINE FINAN vs. BERNARD MILLMORE ET AL,

Millmore had suits pending in different courts, on call about the same time. His pres- ence at both places appeared necessary. On motion, *held* that the cause last noticed for trial should be continued.

*Manistee Circuit Court, December*, 1869,

*L. Pattison and D. W. Dunnett* for Plaintiff.

*Benedict, Rollins and Cutcheon* for Defendant.

*By the Court*, RAMSDELL, J.—

The defendant in this case, is also defendant in a case pend- ing in the U. S. District Court, for the District of Wisconsin. The cases in the two courts are on call for about the same time. The defendant's affidavit for a continuance, shows that his presence and testimony is necessary on the trial in both courts.

He is bound by the first notice of trial served, and the first notice having come from the U. S. Court, that is sufficient grounds for a continuance in this court.